**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND** | § | |
| **SOCIETY, FSB, NOT IN ITS** | § | |
| **INDIVIDUAL CAPACITY BUT** | § | |
| **SOLELY IN ITS CAPACITY AS** | § | |
| **OWNER TRUSTEE FOR CASCADE** | § | |
| **FUNDING MORTGAGE TRUST 2018-** | § | |
| **RM1,** | § | **Civil Action No. 3:22-cv-00735-S-BN** |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **B.B. BARR, VINIDA BARR,** | § | |
| | § | |
| **Defendants.** | § | |

### NOTICE OF NO OBJECTION TO PLAINTIFF'S MOTION
### FOR FINAL SUMMARY JUDGMENT

Plaintiff Wilmington Savings Fund Society, FSB, not in its Individual capacity but solely as Owner Trustee for Cascade Funding Mortgage Trust 2018-RM1 ("Plaintiff" or "WSFS"), files this Notice of No Objection to Plaintiff's Motion for Final Summary Judgment and respectfully states:

1.  On May 12, 2023, Plaintiff filed its Motion for Final Summary Judgment ("MSJ") against Defendants B.B. Barr and Vinida Barr ("Defendants"). (ECF No. 27.)

2.  On May 15, 2023, the Court entered Supplement Scheduling Order requiring Defendants to file their written response to the MSJ by June 12, 2023. (ECF No. 30.)

3.  No objections were filed by Defendants within the prescribed time. Accordingly, at this point the Court can grant Plaintiff's MSJ as unopposed.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests that the Court enters an order granting Plaintiff's Motion for Final Summary Judgment and grant it any other relief, whether at law or in equity, to which it is justly entitled.

Respectfully submitted,

By: */s/ Vivian N. Lopez*
   **MARK D. CRONENWETT**
   Texas Bar No. 00787303
   mcronenwett@mwzmlaw.com

   **VIVIAN N. LOPEZ**
   Texas Bar No. 24129029
   vlopez@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, a true and correct copy of the foregoing document was delivered to the following parties in the manner described below:

*Via Regular U.S. Mail*                   *Via Regular U.S. Mail*
B.B. Barr                                 Vinida Barr
6638 Williamson Road                      6638 Williamson Road
Dallas, Texas 75214                       Dallas, Texas 75214
tlc@airmail.net                           tlc@airmail.net
*Pro Se Defendant*                        *Pro Se Defendant*

*/s/ Vivian N. Lopez*
**VIVIAN N. LOPEZ**