# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR CASCADE FUNDING MORTGAGE TRUST 2018-RM1 | § § § § § § § § | CIVIL ACTION NO. 3:22-CV-0735-S-BN |
| v. | § § | |
| B.B. BARR and VINIDA BARR | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the extent that the Court denies the request for attorney's fees in Plaintiff Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Cascade Funding Mortgage Trust 2018-RM1's Motion for Attorney's Fees [ECF No. 40] and denies Defendants B.B. Barr and Vinida Barr's Motion for New Trial [ECF No. 41].

However, with respect to the request for costs in Plaintiff's Motion for Attorney's Fees, the Court notes that Federal Rule of Civil Procedure 54(d)(2)(B)(i) does not apply to requests for costs. Therefore, solely as to the request for costs, the Court **ACCEPTS** the alternate recommendation in the Findings, Conclusions, and Recommendation and awards Plaintiff $402.00 in recoverable costs. The Court **ORDERS** Plaintiff to file a bill of costs seeking only this amount by no later than **September 16, 2024.**

**SO ORDERED.**

SIGNED September 9, 2024.

_____
UNITED STATES DISTRICT JUDGE